UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD KEITH NICKERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 15-308 DMG(JC)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |

  On February 20, 2015, plaintiff Howard Keith Nickerson ("plaintiff") filed a complaint in the above-captioned matter.  On February 25, 2015, the Court issued a Case Management Order ("February Order") which directed plaintiff to serve the summons and complaint on defendant within 120 days of the filing of the complaint, *i.e.*, by June 22, 2015, in accordance with Rules 4(i) and 4(m) of the Federal Rules of Civil Procedure, by (1) serving the United States Attorney or her authorized agent personally at the United States Courthouse <u>or</u> by registered or certified mail addressed to the United States Attorney's Civil Process Clerk at the Office of the United States Attorney, Central District of California, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012; <u>and</u> (2) serving by registered or certified mail <u>both</u> the

Commissioner of the Social Security Administration <u>and</u> the Attorney General of the United States as required by Rule 4(i)(1)(B) of the Federal Rules of Civil Procedure.  <u>See</u> February Order ¶ 2.  The February Order further directed plaintiff to file a proof of service showing compliance with this paragraph by June 22, 2015.  Finally, the February Order cautioned plaintiff that the failure to effectuate proper service by June 22, 2015, might result in the dismissal of the action without prejudice by reason of plaintiff's failure to prosecute unless plaintiff could show good cause for extending the time for service.  Although plaintiff's deadline to effectuate service and to file proofs of service expired on June 22, 2015, plaintiff has to date failed to file any proof of service.

Accordingly, IT IS HEREBY ORDERED, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, that within fourteen (14) days of the date of this Order, *i.e.*, by not later than **July 14, 2015**, plaintiff shall show good cause in writing, if there be any, why service was not made on defendant by June 22, 2015, and why this case should not be dismissed without prejudice for failure to effectuate service, lack of prosecution, and/or failure to comply with the February Order.  Failure timely to respond to this Order to Show Cause or to show cause, may result in the dismissal of this action without prejudice for failure to effectuate service, lack of prosecution, and/or failure to comply with the February Order.

IT IS SO ORDERED.

DATED:   June 30, 2015

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE