UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD KEITH NICKERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No. EDCV 15-308 JC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS ACTION AND DISMISSING ACTION |

In light of the filing by plaintiff Howard Keith Nickerson of a Notice of Voluntary Dismissal, which effectively requests dismissal of this entire action, and as defendant, who has previously filed an Answer, has been afforded an opportunity to notify the Court of any opposition thereto and has not done so, IT IS HEREBY ORDERED that plaintiff's dismissal request is granted and this action is dismissed in its entirety. See Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

DATED: December 29, 2015

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE